Query    Reports    Utilities    Help    What's New    Log Out

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-00216-1

| | |
|---|---|
| Case title: USA v. Torres | Date Filed: 04/17/2023 |
| Other court case number: 1:23-mj-162 Western District of Michigan | Date Terminated: 04/17/2023 |

Assigned to: Honorable Jeffrey Cole

**Defendant (1)**

**Eduardo G. Torres**      represented by      **Victor P. Henderson**
*TERMINATED: 04/17/2023*                      Henderson Parks, LLC
                                               The Marquette Building
                                               140 South Dearborn Street
                                               Suite 1020
                                               Chicago, IL 60603
                                               (312) 262-2900
                                               Email: vphenderson@henderson-parks.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3146.F Failure to Appear | |

**Plaintiff**

**USA** represented by **Sushma Raju**
DOJ-USAO
Northern District Illinois
219 S. Dearborn Ave.
Ste Fifth Floor
Chicago, IL 60604
312-353-3400
Email: sushma.raju@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**

.
(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2023 |  | ARREST of defendant Eduardo G. Torres (axk, ) (Entered: 04/18/2023) |
| 04/17/2023 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Jeffrey Cole as to Eduardo G. Torres (1) (axk, ) (Entered: 04/17/2023) |
| 04/17/2023 | 3 | ORDER as to Eduardo G. Torres. Signed by the Honorable Jeffrey Cole on 4/17/2023. Mailed notice. (axk, ) (Entered: 04/18/2023) |
| 04/17/2023 | 4 | ORDER as to Eduardo G. Torres: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, reminded the government of its obligations to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963). Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Signed by the Honorable Jeffrey Cole on 4/17/2023. Mailed notice. (axk, ) (Entered: 04/18/2023) |
| 04/17/2023 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Defendant Eduardo G. Torres committed to Western District of Michigan. Signed by the Honorable Jeffrey Cole on 4/17/2023. Mailed notice. (axk, ) (Entered: 04/18/2023) |

| 04/18/2023 | 2 | ATTORNEY Appearance for defendant Eduardo G. Torres by Victor P. Henderson (Henderson, Victor) (Entered: 04/18/2023) |
|---|---|---|
| 04/18/2023 | 6 | CERTIFIED and Transmitted to Western District of Michigan via email the record consisting of the transmittal letter. (axk, ) (Entered: 04/18/2023) |