IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No: 23 CR 216-1 |
| v. | ) | Magistrate Judge Jeffrey Cole |
| Eduardo G. Torres, | ) | |
| Defendant. | ) | |

## ORDER

Initial appearance and Removal hearings held. Defendant arrested on 4/15/23. Defendant informed of his rights and of the charges and the maximum penalties if he were to be convicted. Enter order appointing Victor Henderson as counsel from the CJA Panel for defendant for today's proceedings only.

Defendant waives identity hearing. Defendant consents to being transported in custody by the US Marshals to the Western District of Michigan, and any issues of representation or bond can be reasserted in the charging district, following the defendant's arrival. Time is excluded from 4/17/23 to the date of the hearing in the charging district. Defendant is remanded to the custody of the U.S. Marshal for transport to the charging district.

(T:05)

Date: 4/17/23

Jeffrey Cole
United States Magistrate Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ AMANDA KEIL
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
April 18, 2023