UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EDUARDO G. TORRES,

      Defendant.
_____/

No. 1:23-MJ-162

COMPLAINT
**PENALTY SHEET**

**CHARGE: Sexual Exploitation of a Child/Production of Child Pornography** – 18 U.S.C. § 2251(a)
**Minimum penalty:** 15 years [18:2251(e)]
**Maximum penalty:** 30 years and/or $250,000 fine [18:2251(e); 18:3571]
**Supervised Release:** 5 years to life [18:3583]
**Special Assessment**: $100 [18:3013]
**Additional Special Assessments**: $5,000 [18:3014] and up to $50,000 [18:2259A]
**Restitution**: [18:3663; Mandatory 18:3663A]
**Other**: Sex offender registration

**CHARGE: Possession of Child Pornography Involving Prepubescent Minors** – 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
**Maximum Penalty:** 20 years and/or $250,000 fine [18:3571]
**Supervised Release:** 5 years to life [18:3583]
**Special Assessment:** $100 [18:3013]
**Additional Special Assessments:** $5,000 [18:3014] and up to $17,000 [18:2259A]
**Restitution:** [18:3663; Mandatory 18:3663A]
**Other:** Sex offender registration

**CHARGE: Transportation of a Minor with Intent to Engage in Illicit Sexual Activity** – 18 U.S.C. § 2423(a)
**Minimum penalty:** 10 years [18:2423(a)]
**Maximum penalty:** life and/or $250,000 fine [18:3571]
**Supervised Release:** 5 years to life [18:3583]
**Special Assessment:** [18:3013] $100
**Additional Special Assessments** [18:3014] $5,000
**Restitution:** [18:3663; Mandatory 18:3663A]
**Other:** Sex offender registration

**CHARGE: <u>Travel with Intent to Engage in Illicit Sexual Conduct</u>**– 18 U.S.C. § 2423(b)
**Maximum penalty:** 30 years and/or $250,000 fine [18:3571]
**Supervised Release:** 5 years to life [18:3583] (Class B Felony, 18:3559)
**Special Assessment:** [18:3013] $100
**Additional Special Assessments** [18:3014] $5,000
**Restitution:** [18:3663; Mandatory 18:3663A]
**Other:** Sex offender registration


Date: April 18, 2022             /s/ Lauren F. Biksacky
                                 Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046